**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YANIRIS CAPELLAN and LF FOOD
MARKET CORP.,

       Plaintiffs,

   -against-

UNITED STATES OF AMERICA and SONNY
PERDUE, SECRETARY, UNITED STATES
DEPARTMENT OF AGRICULTURE,
       Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2020

17 CIVIL 9342 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 4, 2020, Plaintiffs have not adduced evidence that would allow a jury to conclude that FNS's determination that they engaged in trafficking of SNAP benefits was invalid. Plaintiffs also have not presented evidence showing that they should have been afforded the opportunity to pay a monetary penalty instead of being disqualified from SNAP. And Plaintiffs have abandoned their APA and regulatory claims. Defendants' motion for summary judgment is, therefore, GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
    March 4, 2020

                **RUBY J. KRAJICK**
                **Clerk of Court**
      **BY:**
                *Kmango*
                **Deputy Clerk**